# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>        Plaintiff,<br><br>    v.<br><br>**PIOQUINTO FERNANDEZ-CARRANZA**<br><br>        Defendant. | CASE NO.: 2:21-cr-00086-TLN |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

    ☒ Ad Prosequendum      ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Pioquinto Fernandez-Carranza | |
| Detained at (custodian): | John Latorraca Correctional Center | |
| Detainee is: | a.) | ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint<br>charging detainee with: Illegal re-entry, in violation of 8 U.S.C. § 1326 |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☐ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | *Sam Stefanki* (signed) |
| Printed Name & Phone No: | Sam Stefanki, 916-397-4148 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

    ☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: May 6, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Rolando Garcia | ☒Male ☐Female | |
| Booking or CDC #: | 192621 | DOB: | November 10, 1984 |
| Facility Address: | 2584 W. Sandy Mush Road<br>El Nido, CA 95317 | Race: | Hispanic |
| Facility Phone: | (209) 385-7575 | FBI#: | 301987MB3 |
| Currently Incarcerated For: | Possession of a machine gun | | |

## RETURN OF SERVICE

Executed on: _____     _____
                                          (signature)