| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664 |
| | Federal Defender |
| 2 | HOOTAN BAIGMOHAMMADI, SBN 279105 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, Third Floor |
| 4 | Sacramento, CA 95814 |
| | T: (916) 498-5700 |
| 5 | F: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | Mr. Fernandez-Carranza |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:21-CR-86-TLN |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE** |
| | ) | **STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | ) | |
| | ) | Date: June 10, 2021 |
| PIOQUINTO FERNANDEZ-CARRANZA, | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Troy L. Nunley |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Phillip A. Talbert, through Assistant United States Attorney Samuel Stefanki, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Pioquinto Fernandez-Carranza, that the status hearing currently set for June 10, 2021 at 9:30 be continued to August 5, 2021 at 9:30 a.m.

The parties specifically stipulate as follows:

1. By previous order, this matter was set for a status on June 10, 2021 at 9:30 a.m.
2. By stipulation, Mr. Fernandez-Carranza now moves to continue the status conference to August 5, 2021 at 9:30 a.m.
3. The government recently sent 469 pages and four audio files of discovery to the defense.
4. The defense requires additional time to review the discovery, investigate and

1. research possible defenses, research potential pretrial motions, consult with Mr. Fernandez-Carranza, explore potential resolutions to the case, and otherwise prepare for trial.

5. Defense counsel believes that failure to grant the requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. The government does not object to the continuance.

7. Therefore, the parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Fernandez-Carranza in a speedy trial, and request the Court so to find.

8. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between June 10, 2021 and August 5, 2021, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Fernandez-Carranza in a speedy trial.

//
//
//
//
//
//
//
//
//

Respectfully submitted,

Stipulation and Order to Continue Status Conference and Exclude Time

-2-

*United States v. Fernandez-Carranza*, 2:21-CR-86-TLN

|   |   |   |
|---|---|---|
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: June 4, 2021 | | */s/ Hootan Baigmohammadi*<br>HOOTAN BAIGMOHAMMADI<br>Assistant Federal Defender<br>Attorneys for Defendant<br>Mr. Fernandez-Carranza |
| Date: June 4, 2021 | | PHILLIP A. TALBERT<br>United States Attorney<br><br>*/s/ Samuel Stefanki*<br>SAMUEL STEFANKI<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: June 7, 2021

Troy L. Nunley
United States District Judge