PHILLIP A. TALBERT
Acting United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PIOQUINTO FERNANDEZ-CARRANZA,<br><br>Defendant. | CASE NO.  2:21-CR-00086-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: November 18, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant Pioquinto Fernandez-Carranza, by and through his counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on November 18, 2021.

2.      By this stipulation, the defendant now moves to set the matter for a combination plea and sentencing hearing on February 10, 2022, at 9:30 a.m., and to exclude time between November 18, 2021, and February 10, 2022, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has produced discovery associated with this case which consists of over 400 pages of discovery, as well as audio files.  The government has also extended a plea agreement to the defendant under the Eastern District of California Fast-Track Immigration Prosecution Program.

b)      Counsel for the defendant desires additional time to consult with his client, review the current charges as well as the terms of the plea agreement offered by the government, conduct investigation and research related to the charges, review discovery, and discuss potential resolutions with his client.

c)      Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 18, 2021, to February 10, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3   must commence.

4

5        IT IS SO STIPULATED.

6

7   Dated:  October 21, 2021                           PHILLIP A. TALBERT
                                                        Acting United States Attorney
8

9                                                       /s/ SAM STEFANKI
                                                        SAM STEFANKI
10                                                      Assistant United States Attorney

11

12  Dated:  October 21, 2021                           /s/ HOOTAN BAIGMOHAMMADI
                                                        HOOTAN BAIGMOHAMMADI
13                                                      Counsel for Defendant
                                                        PIOQUINTO FERNANDEZ-CARRANZA
14

15

16                            **FINDINGS AND ORDER**

17        IT IS SO FOUND AND ORDERED this 21st day of October, 2021.

18

19

20

21

22                                                      Troy L. Nunley
                                                        United States District Judge
23

24

25

26

27

28